United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00029 |
| MARIA CONCEPCION DYE, et al., | § | |
| Defendants. | § | |

### ORDER

The Court recently held a status conference in this matter. *See* December 4, 2024 Minute Entry. Counsel for Plaintiff and Counsel for Defendant Maria Dye appeared before the Court. *See id.* At the status conference, Defendant's counsel informed the Court he remains working towards a resolution of the case against Defendant Dye, which includes proceedings in probate court. *Id.* The parties agreed this warrants another sixty-day stay. *Id.* Accordingly, the Court **STAYS** the case until **February 3, 2025**. The Court **ORDERS** the parties to appear before the undersigned on **February 3, 2025 at 10:00 a.m.** to provide the Court with an update regarding the status of this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
December 5th, 2024